# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                     NO. 2024 KW 1049

VERSUS

HILARY HANIFF                                          **FEBRUARY 27, 2025**

---

In Re:     Hilary Haniff, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-23-01599.

---

**BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

   **WRIT GRANTED.** The district court's ruling denying relator's
motion to quash is reversed. The state failed to meet its burden
to show that it was excused from trying relator after the time
period mandated by La. Code Crim. P. art. 578. The state failed
to exercise due diligence in discovering the whereabouts of
relator. See **State v. Chadbourne**, 98-1998 (La. 1/8/99), 728 So.2d
832. Additionally, relator's appearance on her own accord at a
hearing in this matter three days before the time period expired
did not suspend or interrupt the time limits. At the hearing,
relator did not make a preliminary plea or seek a continuance, and
her appearance did not impact the state's ability to try the case.
Moreover, relator did not request counsel at the hearing, but only
responded affirmatively when asked by the court if she would like
to hire counsel. Thus, there was no showing that this response
constituted grounds for suspension of the time limits set by
Article 578.

TPS
CAC

   **Penzato, J.**, dissents. I would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT

---

[1]**Calloway, J.**, serving as judge *pro tempore* of the Court of Appeal, First
Circuit, by special appointment of the Louisiana Supreme Court.